LEWIS S. SEELEY et al., Respondents, *v.* DEAN C. OSBORNE, Appellant.

*Seeley* v. *Osborne*, 123 App. Div. 908, affirmed.
(Argued March 24, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1908, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a

new trial in an action to recover damages resulting from defendant's alleged false representations.

*Alexander Thain, Otto G. Foelker* and *Joseph J. Speth* for appellant.

*Louis Lowenstein* and *Francis W. Russell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.